# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ERNEST WILKESON,<br><br>　　　Plaintiff,<br><br>v.<br><br>RAUL LAKANDULA SANTILLAN,<br><br>　　　Defendant. | Case No. 2:23-cv-01591-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 7] |

　　Pending before the Court is Plaintiff's motion to extend time to amend his filings. Docket No. 7.[1]  For good cause shown, the Court **GRANTS** Plaintiff's motion, Docket No. 7, and **EXTENDS** the deadline for Plaintiff to file his amended complaint to November 27, 2023.

　　IT IS SO ORDERED.[2]

　　Dated: November 9, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court construes *pro se* filings liberally. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

[2] Plaintiff's filing is on a form designated for the Eighth Judicial District Court of Clark County, Nevada.  See Docket No. 7.  This case is in the United States District Court, and the Court expects Plaintiff's future filings to fully comply with the Local Rules.  See Local Rule IA 10-2.