UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ERNEST WILKESON,<br>    Plaintiff,<br>v.<br>RAUL LAKANDULA SANTILLAN,<br>    Defendant. | Case No. 2:23-cv-01591-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

On October 6, 2023, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 4. The Court therein determined that the complaint failed to sufficiently state a claim,[1] and otherwise failed to establish diversity jurisdiction. The Court ordered that, to the extent the deficiencies identified could be cured, an amended complaint had to be filed by November 3, 2023. *Id.* at 4. The Court warned that "**[f]ailure to comply with this order will result in the recommended dismissal of this case**." *Id.* (emphasis in original). On November 7, 2023, Plaintiff filed a motion to extend that deadline, Docket No. 7, which the Court granted and reset the deadline for November 27, 2023, Docket No. 9. Plaintiff has not since filed an amended complaint, sought further extension, or otherwise taken further action in this case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** for failure to state a claim and lack of diversity jurisdiction without prejudice to Plaintiff refiling his lawsuit in a proper forum.

IT IS SO ORDERED.

Dated: December 4, 2023

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge

---

[1] The complaint summarily alleged that Defendant violated federal and state laws by "evicting" Plaintiff from his residence and for violations of the Americans with Disability Act and Fair Housing Statutes. *See* Docket No. 4 at 3.

## **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).