UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WILKESON, | ) |
| Plaintiff, | ) Case No.: 2:23-cv-01591-GMN-NJK |
| vs. | ) |
| RAUL LAKANDULA SANTILLAN, | ) **ORDER ADOPTING** |
| | ) **REPORT AND RECOMMENDATION** |
| Defendant. | ) |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 12), of United States Magistrate Judge Nancy J. Koppe, which recommends dismissing the case without prejudice because Plaintiff failed to file an amended complaint.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 12) (setting a December 18, 2023, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 12), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close the case.

Dated this __29__ day of December, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court